UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH)<br>(all actions identified in the Table attached to the Notice of Motion)<br><br>**<u>ORDER</u>** |
| THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER SITE LITIGATION | |

This matter having been brought before the Court upon Defendants Tully Construction Co. Inc. and Tully Industries, Inc.'s (collectively "Tully") motion to transfer all actions against Tully pending in Consolidated Master Docket Number 21 MC 102 to Consolidated Master Docket Number 21 MC 100 docket or, in the alternative, to stay all such actions as to Tully pending the resolution of the appeal currently before the United States Court of Appeals for the Second Circuit, entitled *In re World Trade Center Disaster Site Litigation*, No. 06-5324-cv; the Court having considered all submissions submitted in support therein; and for good cause shown,

**IT IS**, on this _____ day of _____, 2007,

**HEREBY ORDERED** that all actions against Tully in 21 MC 102 are hereby transferred from the 21 MC 102 docket to the 21 MC 100 docket.

_____
ALVIN K. HELLERSTEIN
United States District Judge

Dated: August ___, 2007