UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
JONAS JARAMILLO AND BLANCA : 06-CV-14746-AKH
JARAMILLO, :
                         Plaintiffs, : **APPEARANCE**

   - against - :
                          : **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*, :

                       Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York         DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                   By:     /s/ Judith R. Cohen
                                               _____
                                        Judith R. Cohen (JC-8614)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 277-6500
                                        Fax: (212) 277-6501

                                        *Attorney for Defendant*
                                        MERRILL LYNCH & CO., INC.