UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION            21 MC 102 (AKH)

---

JONAS JARAMILLO AND BLANCA JARAMILLO,         06-CV-14746 (AKH)

                      Plaintiffs,

-against-

100 CHURCH, LLC, ET. AL.,

                      Defendants.

---

### NOTICE OF APPEARANCE

Please enter the appearance of John J. Henry, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
      October 29, 2007

                                    WHITEMAN OSTERMAN & HANNA LLP

                                    BY: _____
                                          John J. Henry (JH-1370)
                                          Attorneys for Defendant
                                             TRC Engineers, Inc.
                                          One Commerce Plaza
                                          Albany, New York  12260
                                          (518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 29th day of October, 2007, via ECF upon the ECF participants.

_____
Carrie L. Lalyer