KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
JONAS JARAMILLO and BLANCA
JARAMILLO,                                                                           DOCKET NO:
                                                                                                  06 CV 14746

        Plaintiffs,

 -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
BANKERS TRUST COMPANY, BATTERY PARK
CITY AUTHORITY,BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT,             NOTICE OF
BROOKFIELD FINANCIAL PROPERTIES, INC.,                       APPEARANCE
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., BT PRIVATE
CLIENTS CORP., CUNNINGHAM DUCT CLEANING
CO., INC., DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING P.C., MERRILL LYNCH
& CO., INC., ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., THE BANK OF NEW YORK TRUST
COMPANY, N.A., TISHMAN INTERIORS CORPORATION,
TRC ENGINEERS, INC,. TUCKER ANTHONY, INC.,
TULLY CONSTRUCTION CO., TULLY

INDUSTRIES, INC., VERIZON NEW YORK, INC.,
WFP TOWER A CO., WFP TOWER A CO.,
G.P., CORP., WFP TOWER A CO., LP.,
and ZAR REALTY MANAGEMENT CORP.,

                              **Defendants.**

-------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                    **CUNNINGHAM DUCT WORK s/h/i/a**
                  **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
         January 11, 2008

                                              _Kevin G. Horbatiuk_
                                              Kevin G. Horbatiuk (KGH4977)
                                              Attorneys for Defendant
                                              **CUNNINGHAM DUCT WORK s/h/i/a**
                                              **CUNNINGHAM DUCT CLEANING CO., INC.**
                                              RUSSO, KEANE & TONER, LLP
                                              26 Broadway, 28th Floor
                                              New York, New York 10004
                                              (212) 482-0001
                                              RKT File No. 824.078


TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **JONAS JARAMILLO and BLANCA JARAMILLO**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 11th day of January, 2008.

      CHRISTOPHER R. LaPOLA, ESQ.,
      WORBY GRONER EDELMAN & NAPOLI BERN, LLP
      Attorney for Plaintiffs
      **JONAS JARAMILLO and BLANCA JARAMILLO**
      115 Broadway 12th Floor
      New York, New York 10006

                                                      **KEVIN G. HORBATIUK**