KEVIN G. HORBATIUK (KG-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER         21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------x
JONAS JARAMILLO and BLANCA
JARAMILLO,                                DOCKET NO:
                                          06 CV 14746

                    Plaintiffs,

   -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
BANKERS TRUST COMPANY, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT,    NOTICE OF
BROOKFIELD FINANCIAL PROPERTIES, INC.,        ADOPTION OF
BROOKFIELD FINANCIAL PROPERTIES, L.C.,        ANSWER TO
BROOKFIELD PARTNERS, L.P., BROOKFIELD         MASTER COMPLAINT
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., BT PRIVATE
CLIENTS CORP., CUNNINGHAM DUCT CLEANING
CO., INC., DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
LAW ENGINEERING P.C., MERRILL LYNCH
& CO., INC., ROYAL AND SUNALLIANCE INSURANCE
GROUP, PLC., THE BANK OF NEW YORK TRUST
COMPANY, N.A., TISHMAN INTERIORS CORPORATION,
TRC ENGINEERS, INC,. TUCKER ANTHONY, INC.,
TULLY CONSTRUCTION CO., TULLY

INDUSTRIES, INC., VERIZON NEW YORK, INC.,
WFP TOWER A CO., WFP TOWER A CO.,
G.P., CORP., WFP TOWER A CO., LP.,
and ZAR REALTY MANAGEMENT CORP.,

                                        **Defendants.**

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE**, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

        **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 11, 2008

                                                Kevin G. Horbatiuk
                                               Kevin G. Horbatiuk (KGH4977)
                                               Attorneys for Defendant
                                               **CUNNINGHAM DUCT WORK s/h/i/a**
                                               **CUNNINGHAM DUCT CLEANING CO., INC.**
                                               RUSSO, KEANE & TONER, LLP
                                               26 Broadway, 28th Floor
                                               New York, New York 10004
                                               (212) 482-0001
                                               RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **JONAS JARAMILLO and BLANCA JARAMILLO**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 11th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**JONAS JARAMILLO and BLANCA JARAMILLO**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**