USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6-23-17

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER DISASTER SITE LITIGATION | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| JONAS JARAMILLO AND BLANCA JARAMILLO,<br><br>Plaintiff(s),<br><br>-against-<br><br>100 CHURCH, LLC, et al.<br><br>Defendant(s). | 21 MC 103 (AKH)<br>06-CV-14746 (AKH) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. All claims by Plaintiff(s) against 100 Church LLC, Sapir Realty Management Corp. f/k/a Zar Realty Management Corp., Ambient Group, Inc., Cunningham Duct Cleaning Co., Inc., and TRC Engineers, Inc. only, arising out of or relating in any way to include all conduct, including, but not limited to, the debris handling, clean up, volunteer work, rescue/recovery operations, destruction or removal of documents and other physical objects, scanning and preservation of documents and other physical objects, testing, evaluation, abatement, remediation, construction, deconstruction, excavation and demolition operations, on and/or after September 11, 2001, at the premises located at 100 Church Street in New York, New York, are voluntarily dismissed with prejudice; and

2.  The dismissal is without costs.

Date: New York, New York
      4/19     , 2016

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
Paul Napoli, Esq.
Christopher R. LoPalo, Esq.
350 Fifth Avenue, Suite 7413
New York, NY 10118
Main: 212.267.3700
Facsimile: 212.587.0031
E-mail: pnapoli@napolibern.com

*Counsel to Plaintiff(s)*

HARRIS BEACH PLLC

By: _____
Stanley Goos
100 Wall Street, 23rd Floor
New York, NY 10005
Main: 212.687.0100
Facsimile: 212.687.0659
E-mail: sgoos@harrisbeach.com

*Counsel to 100 Church LLC and Sapir Realty Management Corp. f/k/a Zar Realty Management Corp.*

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

By: _____
John P. Cookson
88 Pine Street, 24th Floor
New York, NY 10005
Main: 212.483.9490
Facsimile: 212.483.9129
E-mail: jcookson@mdmc-law.com

*Counsel to Ambient Group, Inc.*

RUSSO & TONER LLP

By: _____
Kevin G. Horbatiuk
33 Whitehall St.
New York, NY 10004
Main: 212.482.0001
Facsimile: 212.482.0002
E-mail: khorbatiuk@russotoner.com

*Counsel to Cunningham Duct Cleaning Co. Inc.*

2. The dismissal is without costs.

Date: New York, New York
_4/19_____, 2016

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
Paul Napoli, Esq.
Christopher R. LoPalo, Esq.
350 Fifth Avenue, Suite 7413
New York, NY 10118
Main: 212.267.3700
Facsimile: 212.587.0031
E-mail: pnapoli@napolibern.com

*Counsel to Plaintiff(s)*

HARRIS BEACH PLLC

By: _____
Stanley Goos
100 Wall Street, 23rd Floor
New York, NY 10005
Main: 212.687.0100
Facsimile: 212.687.0659
E-mail: sgoos@harrisbeach.com

*Counsel to 100 Church LLC and Sapir Realty Management Corp. f/k/a Zar Realty Management Corp.*

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

By: _____
John P. Cookson
88 Pine Street, 24th Floor
New York, NY 10005
Main: 212.483.9490
Facsimile: 212.483.9129
E-mail: jcookson@mdmc-law.com

*Counsel to Ambient Group, Inc.*

RUSSO & TONER LLP

By: _____
Kevin G. Horbatiuk
33 Whitehall St.
New York, NY 10004
Main: 212.482.0001
Facsimile: 212.482.0002
E-mail: khorbatiuk@russotoner.com

*Counsel to Cunningham Duct Cleaning Co. Inc.*

2. The dismissal is without costs.

Date: New York, New York
 4/19 , 2016

WORBY GRONER EDELMAN & NAPOLI BERN, LLP

By: _____
Paul Napoli, Esq.
Christopher R. LoPalo, Esq.
350 Fifth Avenue, Suite 7413
New York, NY 10118
Main: 212.267.3700
Facsimile: 212.587.0031
E-mail: pnapoli@napolibern.com

*Counsel to Plaintiff(s)*

HARRIS BEACH PLLC

By: _____
Stanley Goos
100 Wall Street, 23rd Floor
New York, NY 10005
Main: 212.687.0100
Facsimile: 212.687.0659
E-mail: sgoos@harrisbeach.com

*Counsel to 100 Church LLC and Sapir Realty Management Corp. f/k/a Zar Realty Management Corp.*

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

By: _____
John P. Cookson
88 Pine Street, 24th Floor
New York, NY 10005
Main: 212.483.9490
Facsimile: 212.483.9129
E-mail: jcookson@mdmc-law.com

*Counsel to Ambient Group, Inc.*

RUSSO & TONER LLP

By: _____
Kevin G. Horbatiuk
33 Whitehall St.
New York, NY 10004
Main: 212.482.0001
Facsimile: 212.482.0002
E-mail: khorbatiuk@russotoner.com

*Counsel to Cunningham Duct Cleaning Co. Inc.*

COZEN O'CONNOR

By: *Denise B. Bense*

Denise Brinker Bense
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Main: 215.665.2000
Facsimile: 215.665.2013
E-mail: dbense@cozen.com

*Counsel to TRC Engineers, Inc.*

So ordered:

*/s/ A. K. Hellerstein*
6-16-17